Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re: (Case Name) **Robert D. Pfolzer** /Case # **10-10314-B**
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ **542.45** . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

**✓** I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

\_\_\_\_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant **Chase** Amount $ **542.45** Claims Register # **2**

Claimant _____ Amount $_____ Claims Register #_____

Claimant _____ Amount $_____ Claims Register #_____

Claimant _____ Amount $_____ Claims Register #_____

*/s/ Tho. A. Doren*
Trustee Name

**FILED**
AUG 26 2011
BANKRUPTCY COURT
BUFFALO, NY